**DAVID R. OWENS**—CA State Bar No. 180829
Email:  dowens@owenstarabichi.com
**OWENS TARABICHI LLP**
111 N. Market St., Suite 730
San Jose, California  95113
Telephone:   (408) 298-8200
Facsimile:     (408) 521-2203

Attorneys for Plaintiff
Brandywine Communications Technologies, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COASTAL WEB ONLINE CORPORATION**,**<br><br>Defendant. | Case No. 2:12-cv-11016-BRO (JC)<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT COASTAL WEB ONLINE CORPORATION PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

Plaintiff Brandywine Communications Technologies, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  Defendant Coastal Web Online Corporation has not answered the Complaint or filed a summary judgment motion.  Accordingly, Plaintiff Brandywine Communications Technologies, LLC voluntarily dismisses Defendant Coastal Web Online Corporation WITHOUT prejudice pursuant to Rule 41(a)(1).

Date:   June 7, 2013

Respectfully Submitted,
**OWENS TARABICHI LLP**

 /s/ David R. Owens
David R. Owens

Attorneys for Brandywine
Communications Technologies, LLC