AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District of California__ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>CV12-11016 | DATE FILED<br>12/28/2012 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>Brandywine Communications Technologies, LLC | | DEFENDANT<br>Coastal Web Online Corporation |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | SEE ATTACHMENT A |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

*FILED CLERK, U.S. DISTRICT COURT DEC 2 8 2012 CENTRAL DISTRICT OF CALIFORNIA BY ___ DEPUTY*

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Notice of voluntary dismissal of case filed June 7, 2013 |

| CLERK<br>Terry Nafisi | (BY) DEPUTY CLERK<br>Kendra Bradshaw | DATE<br>6/10/13 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

## ATTACHMENT A

| PATENT OR TRADEMARK NO. | DATE OF PATNET OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. 5,206,854 | 4/27/1993 | Brandywine Communications Technologies, LLC |
| 2. 5,251,328 | 10/5/1993 | Brandywine Communications Technologies, LLC |
| 3. 5,812,537 | 9/22/1998 | Brandywine Communications Technologies, LLC |
| 4. 5,828,657 | 10/27/1998 | Brandywine Communications Technologies, LLC |
| 5. 6,970,501 B1 | 11/29/2005 | Brandywine Communications Technologies, LLC |
| 6. 7,894,472 B2 | 2/22/2011 | Brandywine Communications Technologies, LLC |

DAVID R. OWENS—CA State Bar No. 180829
Email: dowens@owenstarabichi.com
**OWENS TARABICHI LLP**
111 N. Market St., Suite 730
San Jose, California 95113
Telephone: (408) 298-8200
Facsimile: (408) 521-2203

Attorneys for Plaintiff
Brandywine Communications Technologies, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COASTAL WEB ONLINE CORPORATION,<br><br>Defendant. | Case No. 2:12-cv-11016-BRO (JC)<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT COASTAL WEB ONLINE CORPORATION PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

Plaintiff Brandywine Communications Technologies, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). Defendant Coastal Web Online Corporation has not answered the Complaint or filed a summary judgment motion. Accordingly, Plaintiff Brandywine Communications Technologies, LLC voluntarily dismisses Defendant Coastal Web Online Corporation WITHOUT prejudice pursuant to Rule 41(a)(1).

Date: June 7, 2013

Respectfully Submitted,
**OWENS TARABICHI LLP**

 /s/ David R. Owens
David R. Owens

Attorneys for Brandywine
Communications Technologies, LLC